# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 1:21mc24

IN RE: OFFICIAL COURT CLOSING

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 25, 2021, and Friday, November 26, 2021, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will BE CLOSED ALL DAY on Friday, December 24, 2021.

The court will also be closed Monday, December 27, 2021.

The United States District Court for the Western District of North Carolina will be closed on Friday, December 31, 2021, for the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 3 day of September 2021.

Martin Reidinger, Chief
U.S. District Court Judge